United States District Court
Southern District of Texas
**ENTERED**
November 12, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID SIMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-2145 |
| | § | |
| CITY OF MADISONVILLE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE MORE THAN 200 PAGES OF SUMMARY JUDGMENT EVIDENCE

David Sims's motion for leave to file more than 200 pages of summary judgment evidence, (Docket Entry No. 81), is granted to the extent of allowing up to 400 pages to be filed. This should be ample to respond to Covington's second motion for summary judgment on qualified immunity grounds. Sims may have until November 13, 2015, to make any adjustments to the exhibits.

SIGNED on November 12, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge